```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 05 B 20570
   LEO ROBERT DUBROVIN
                                          CHAPTER 13

                                          JUDGE: JOHN H SQUIRES

       Debtor
   SSN XXX-XX-6643
```

---
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 05/23/05 and confirmed on 08/05/05.

2. The plan is paid in full.

3. The Debtor paid a total of $ 63000.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| ASPIRE VISA | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 1593.51 | .00 | 559.02 |
| COTTONWOOD FINANCIAL LTD | UNSECURED | 1154.29 | .00 | 404.93 |
| CHECK N GO | UNSECURED | NOT FILED | .00 | .00 |
| FAST CASH ADVANCE | UNSECURED | 801.42 | .00 | 281.14 |
| INTERNAL REVENUE SERVICE | UNSECURED | 160243.59 | .00 | 56214.70 |
| LAKE COUNTY CIRCUIT COUR | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | 529.19 | .00 | 185.64 |
| PROVIDIAN NATIONAL BANK | UNSECURED | NOT FILED | .00 | .00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | 164322.00 | .00 | 164322.00 |
| PRINCIPAL PAID | .00 | .00 | 57645.43 | .00 | 57645.43 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | 57645.43 | .00 | 57645.43 |

The Debtor's attorney, ERNESTO D BORGES JR       , was allowed $ 2700.00 and was paid $ 2700.00 .

The Trustee received $ 2654.57 .

Refunds to the Debtor totaled $       .00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

Dated: 10/09/08                           /S/

GLENN STEARNS
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 05 B 20570 LEO ROBERT DUBROVIN